# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
REV. 1/90

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

_____ VS. _____
FOR
AT

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name)

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →)
☒ Felony
☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate
2004m0486RBC-02
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month $ _____
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: None
SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE VALUE AND $ DESCRIBE IT
VALUE: None
DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: No
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors: None
Total Debt: $ _____
Monthly Payt.: $ _____

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ x C. Murphy

OCT - 7 2004

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.